No. 94–8858. POOLE *v.* WOOD, COMMISSIONER, MINNESOTA DE-
PARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 94–8860. ROME *v.* KYLE, CHAIRMAN, TEXAS BOARD OF
PARDONS AND PAROLES (FT). C. A. 5th Cir. Certiorari denied.

No. 94–8863. FAIRCHILD *v.* NORRIS, DIRECTOR, ARKANSAS DE-
PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–8865. LAIRD *v.* CRAGIN FEDERAL BANK. C. A. 7th
Cir. Certiorari denied. 

No. 94–8869. EVANS *v.* BRIGANO, WARDEN. C. A. 6th Cir.
Certiorari denied. 

No. 94–8872. ESTRELLA *v.* SANDERS, WARDEN. C. A. 4th Cir.
Certiorari denied. 

No. 94–8873. CHATFIELD *v.* NORTON, ATTORNEY GENERAL OF
COLORADO. C. A. 10th Cir. Certiorari denied. 

No. 94–8876. PURSCHE *v.* CITY OF IRVING, TEXAS, ET AL.
C. A. 5th Cir. Certiorari denied. 

No. 94–8880. STOKES *v.* FERRELL ET AL. C. A. 5th Cir.
Certiorari denied. 

No. 94–8883. BAILEY *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied. 

No. 94–8890. SCHMIDT *v.* IOWA ET AL. C. A. 8th Cir. Cer-
tiorari denied.

No. 94–8891. BAILEY *v.* HAWAII. Sup. Ct. Haw. Certiorari
denied.

No. 94–8901. COLBY *v.* TOWN OF HENNIKER, NEW HAMP-
SHIRE. Super. Ct. N. H., Merrimack County. Certiorari denied.

No. 94–8902. JIMENEZ MONTEON *v.* GOMEZ, DIRECTOR, CALI-
FORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir.
Certiorari denied.